IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRYAN JESUS PALMA VASQUEZ**, <br><br> *Petitioner*, <br><br> v. <br><br> **J.L. JAMISON, et al.**, <br><br> *Respondents.* | **Case No. 2:25-cv-07314-JDW** |

## ORDER

**AND NOW**, this 29th day of December, 2025, upon consideration of Petitioner Bryan Jesus Palma Vasquez's Praecipe To Withdraw Petition For Writ Of Habeas Corpus (ECF No. 2), it is **ORDERED** that the request is **GRANTED**, and the Petition for Writ of Habeas Corpus is **WITHDRAWN.**

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.